## P. T. Chapman, Administrator of Estate of Harold B. Walker, Deceased, and Administrator of Estate of Elmer J. Rhonemus, Deceased, Appellee, v. Bruton Incorporated et al., Appellants.

Heard in this court at the February term, 1945; opinion filed March 5, 1945; released for publication April 5, 1945. Max Sigoloff, E. A. Biggs and D. L. Duty, for appellants; C. Ross Reynolds, Charles J. Huffman, and Glenn, Real & Browning, for appellee; Raymond G. Real, of counsel. Opinion by PRESIDING JUSTICE BRISTOW. Not to be published in full.